FILED
2018 Dec-14  PM 02:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BARRY J. WOOD, an individual, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: |
| VELOCITY INVESTMENTS, LLC; et al., | ) 2:17-cv-01897-MHH |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Barry J. Wood ("Plaintiff") and Defendants Velocity Investments, LLC, Global Credit & Collection Corporation, and Convergent Outsourcing, Inc., ("Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal, with prejudice, of each clam and count therein asserted by Plaintiff against Defendants, in the above styled action, with the parties to bear their own fees, costs and expenses.

Respectfully submitted this **14th day of December, 2018**.

John G. Watts (ASB-5819-t82j)
M. Stan Herring (ASB-1074-n72m)
Watts & Herring, LLC
301 19th Street North
Birmingham, Alabama 35203
john@wattsherring.com
stan@wattsherring.com

*Attorneys for Plaintiff*

Jason B. Tompkins
Ginny Willcox Leavens
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Ste 1500
Birmingham, AL 35203
gwillcox@balch.com
jtompkins@balch.com

*Attorneys for Defendants*