# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BARRY J. WOOD,** | } |
| Plaintiff, | } |
| v. | }  Case No.: 2:17-cv-01897-MHH |
| **VELOCITY INVESTMENTS, LLC,** et al., | } |
| Defendants. | } |

## ORDER

The parties have filed a Joint Stipulation of Dismissal With Prejudice. (Doc. 20). The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**, with the parties to bear their own fees, costs, and expenses.

The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this December 17, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE